No. 81–6243.  JONES *v.* LEIDINGER ET AL.  C. A. 4th Cir.  Certiorari denied.  JUSTICE MARSHALL and JUSTICE BLACKMUN would grant certiorari. ▮

No. 81–6301.  BALDWIN *v.* BLACKBURN, WARDEN, LOUISIANA STATE PENITENTIARY, ET AL.  C. A. 5th Cir.; and

No. 81–6304.  COLLINS *v.* ZANT, WARDEN.  Sup. Ct. Ga. Certiorari denied.  Reported below: No. 81–6301, 653 F. 2d 942.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 81–1239.  STEPHENS ET AL. *v.* BLACK ET UX., 455 U. S. 1008;

No. 81–1329.  BOLLOTIN *v.* SCHWARTZ ET AL., 455 U. S. 1001;

No. 81–6055.  HERNANDEZ *v.* DEPARTMENT OF LABOR AND HUMAN RESOURCES ET AL., 455 U. S. 996;

No. 81–6083.  JURAS *v.* AMAN COLLECTION SERVICE, INC., 455 U. S. 1024;

No. 81–6106.  IVEY *v.* ALASKA, 455 U. S. 1010;

No. 81–6147.  HALL *v.* THOMAS, 455 U. S. 1026; and

No. 81–6208.  STOUTE *v.* UNITED STATES ET AL., 455 U. S. 1027.  Petitions for rehearing denied.

No. 80–1681.  VILLAGE OF HOFFMAN ESTATES ET AL. *v.* THE FLIPSIDE, HOFFMAN ESTATES, INC., 455 U. S. 489; and

No. 81–415.  CASBAH, INC., ET AL. *v.* THONE, GOVERNOR OF NEBRASKA, ET AL., 455 U. S. 1005.  Petitions for rehearing denied.  JUSTICE STEVENS took no part in the consideration or decision of these petitions.